

# COURT OF APPEALS

REBECA C. MARTINEZ
CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 22, 2022

Sarah Anne Lishman
Attorney at Law
4335 W. Piedras Dr., Suite 201
San Antonio, TX 78228
* DELIVERED VIA E-MAIL *

Carmen Rojo
Attorney at Law
222 Main Plaza
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Matthew Deal
Office of the Attorney General of
Texas
Child Support Division/Appellate
Litigation Section
P.O. Box 12017, Mail Code 038-1
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Deterrean Gamble
Office of the Attorney General of
Texas
P.O. Box 12017
MC 038-1
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Michael J. Moore
Office of the Attorney General
PO Box 12017
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Kate Soulsby
Attorney at Law
334 W. Mistletoe Ave.
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:   04-21-00028-CV
     Trial Court Case Number:   2016-EM5-06049
     Style:  In the Interest of N.M.B., a child


        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.


                        Very truly yours,
                        MICHAEL A. CRUZ, Clerk of Court

                        Cecilia Phillips
                        Cecilia Phillips
                        Deputy Clerk, Ext. 5-3221

cc: Ryan G. Anderson (DELIVERED VIA E-MAIL)
Mary Martinez Wilson (DELIVERED VIA E-MAIL)
Ward W. Elmendorf (DELIVERED VIA E-MAIL)
Brett VanGheluwe (DELIVERED VIA E-MAIL)
Kenneth Paxton (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B.,** a child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On February 18, 2022, we ordered Appellant Channel Beverly to provide written proof to this court on or before February 28, 2022 that she had paid $524.75 to Mary Wilson for preparation of the reporter's record and $400 to Mary Wilson for scanning the exhibits. We explained that if Appellant Channel Beverly failed to respond within the time provided, her appellant's brief would be due March 21, 2022 and we would only consider those issues or points raised in her brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant did not respond to our February 18, 2022 order. Therefore, her appellant's brief was due March 21, 2022, but has not been filed. We ORDER Appellant Channel Beverly to file, on or before **April 6, 2022**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by her failure to timely file a brief. If Appellant Channel Beverly fails to file a brief and the written response by the date ordered, her appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2022.



MICHAEL A. CRUZ, Clerk of Court